Gary W. HERWIG, Plaintiff-Appellant,

v.

ENERSON & EGGEN, a partnership, Defendant and Third-Party Plaintiff-Appellant,

GEHL COMPANY, a corporation, Defendant,

Robert HERWIG, Sr., Third-Party Defendant,

IOWA NATIONAL MUTUAL INSURANCE COMPANY, Third-Party Defendant-Respondent-Petitioner.†

Supreme Court

*No. 79–1474. Argued February 9, 1981.—Decided March 31, 1981.*

(Also reported in 303 N.W.2d 669.)

For the petitioner there were briefs by *Ward I. Richter* and *Bell, Metzner & Gierhart, S.C.,* of Madison and oral argument by *Mr. Richter.*

For plaintiff-appellant there was a brief by *James C. Bohl* and *Quale, Hartmann, Bohl & Evenson* of Baraboo and oral argument by *James C. Bohl.*

† Motion for reconsideration denied, without costs, on April 29, 1981.

For defendant and third-party plaintiff-appellant there was a brief by *Bruce R. Rasmussen* and *Rasmussen Law Offices* of Beaver Dam, and oral argument by *Mr. Rasmussen.*

PER CURIAM. The court is equally divided on the question of whether the decision of the court of appeals should be affirmed or reversed, Justice Callow, Justice Coffey and Justice Steinmetz being of the opinion that the decision should be reversed; Justice Heffernan, Justice Abrahamson and Justice Day being of the opinion that the decision should be affirmed; and Chief Justice Beilfuss not having participated in this appeal. The decision is therefore affirmed.

Decision affirmed.